IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 0 4 1998
Michael N. Milby
Clerk of Court

| | |
|---|---|
| AMERICAN DENTAL TECHNOLOGIES, INC. Plaintiff, | § § § § |
| vs. | § CIVIL ACTION NO. C-97-374 § |
| KREATIV, INC. Defendant. | § § § |

## ORDER

On June 1, 1998, came on to be heard a discovery dispute in the above-styled cause of action. After consideration of the documents of record and the arguments of counsel, the Court enters the following Orders and Findings of Fact:

1. The Court DENIES Plaintiff American Dental Technologies, Inc.'s ("ADT") Motion to Quash the Subpoena Duces Tecum and Request for a Protective Order. The Court ORDERS that the deposition of a representative from Patterson Dental Sales, Inc. which was noticed by Defendant Kreativ, Inc. ("Kreativ") occur in the next 2 weeks at a time and place as agreed by the parties.

2. The Court GRANTS ADT's request to discover whether any of Kreativ's patent applications have been denied on the basis of ADT's patents. Accordingly, ADT may either notice oral deposition, propound interrogatories, or take depositions by written question to discover said information from Kreativ's corporate representative.

3. The Court DENIES ADT's request to obtain Kreativ's patent applications which are currently pending before the U.S.

Patent and Trademark Office.

4. The Court GRANTS ADT's oral Motion to Extend Time to file its Response to Kreativ's Motions for Summary Judgment. The Court ORDERS that said Responses be filed on or before Friday, June 12, 1998. The Court GRANTS Kreativ's Motion for Leave to File Replies to ADT's Responses to the Motions for Summary Judgment. The Court ORDERS that said Replies be filed on or before Friday, June 19, 1998.

5. The Court FINDS that the discovery deadline in this action was set for June 1, 1998. The Court further FINDS that both parties seek leave to depose designated experts. Accordingly, the Court extends the discovery deadline, only as to discovery regarding experts, until July 15, 1998.

6. The Court clarifies that the parties are ordered to pre-mark and exchange the exhibits they intend to use at time of trial on or before July 24, 1998.

7. The Court ORDERS ADT to produce, insofar as they exist, all competitive analysis charts relating to the devices at issue in this case.

ENTERED on this the 4th day of June, 1998.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

2