IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 9 1998

Michael N. Milby
Clerk of Court

AMERICAN DENTAL TECHNOLOGIES, INC.

Plaintiff,

v.

KREATIV, INC.

Defendant.

Civil Action No. C-97-374

**[PROPOSED] ORDER GRANTING DEFENDANT KREATIV, INC.'S UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE ONE PAGE OF THE NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON THE GROUNDS OF INVALIDITY AND NONINFRINGEMENT (U.S. PATENT 5,275,561)**

The Unopposed Motion of Defendant Kreativ, Inc. for Leave to Substitute One Page of the Notice of Motion and Motion for Summary Judgment on the Grounds of Invalidity and Noninfringement (U.S. Patent 5,275,561), having come before this Court, and based on the papers submitted by the parties, and good cause appearing therefore, is hereby Granted.

It is therefore ORDERED that the revised page 15, filed as Exhibit A to the Unopposed Motion for Leave to Substitute One Page of the Notice of Motion and Motion for Summary Judgment on the Grounds of Invalidity and Noninfringement (U.S. Patent 5,275,561), is hereby substituted for the original page 15 of that Motion filed on May 15, 1998.

ENTERED on this 7st day of June, 1998.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE