IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

AMERICAN DENTAL TECHNOLOGIES, INC.

Plaintiff,

v.

KREATIV, INC.

Defendant.

Civil Action No. C-97-374

[PROPOSED] ORDER GRANTING KREATIV, INC.'S MOTION FOR LEAVE TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS OR IN THE ALTERNATIVE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF
U.S. PATENT NOS. 5,350,299 AND 5,525,058

Kreativ's Motion for Leave to File Defendant's Opposition to Plaintiff's Motion for Judgment on the Pleadings or in the Alternative Defendant's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 5,350,299 and 5,525,058, having come before this Court, and based on the papers submitted by the parties, and good cause appearing therefore, is hereby Granted.

It is therefore ORDERED that Kreativ has leave to file Defendant's Opposition to Plaintiff's Motion for Judgment on the Pleadings or in the Alternative Defendant's Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 5,350,299 and 5,525,058

ENTERED on this ___14___ day of ___June___, 1998.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE