IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

American Dental Technologies, Inc. §
§
§
v. § Civil Action No. C-97-374
§
§
Kreativ, Inc. §

United States District Court
Southern District of Texas
ENTERED

AUG - 4 1998

Michael N. Milby, Clerk of Court

## ORDER STRIKING PLEADING(S)

The Clerk has filed your ___Plaintiff's Motion in Limine___; however, it is deficient in the area(s) checked below:

(NOTE: "L.R." refers to the Local Rules, Southern District of Texas)

1. ___ Pleading is not signed. (L.R.2.C)
2. ___ Pleading is not in compliance with L.R.2.C.1.(a) through (e).
3. ___ Caption of the pleading is incomplete. (L.R.3.E)
4. _X_ No certificate of service, or explanation why service is not required. (L.R.3.G)
5. _X_ No statement re conference w/opposing counsel. (L.R.6.A.4)
6. ___ Separate proposed order not attached. (L.R.6.A.3)
7. ___ Motion to consolidate is not in compliance with L.R.6.G.
8. ___ Other: _____

The Clerk is hereby ORDERED to strike the above instrument(s) from the record and notify counsel of such action.

Dated: __8-1-98__

(Re: # 140)

_____
UNITED STATES DISTRICT JUDGE

Rev. 3/94

#158